UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DONALD CRANSTON JR., et al.,

                   Plaintiffs,

  -against-

SWEET HOLLOW MANAGEMENT CORP.,

                   Defendant.
------------------------------------------------------------------X

JUDGMENT
04-CV- 5616 (JBW)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT ED. N.Y.

TIME A.M. _____ P.M. _____

     An Order of Honorable Jack B. Weinstein, United States District Judge, having been filed on March 29, 2006, dismissing the case for failure to prosecute; it is

     ORDERED and ADJUDGED that plaintiff take nothing of the defendant; and that the case is dismissed for failure to prosecute.

Dated: Brooklyn, New York
       April 06, 2006

Robert C. Heinemann
Clerk of Court

By: _____
Terry Vaughn
Chief Deputy Clerk
for Operations